■ In the Matter of JEFFREY M. IPPOLITI, Appellant, v ERIC HEIBERG, Respondent, et al., Respondent. [753 NYS2d 913] —Appeal from an order of Family Court, Onondaga County (Klim, J.), entered August 24, 2001, which dismissed the petition for an order transferring custody of the child from respondent Eric Heiberg to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Family Court, Onondaga County, Klim, J. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Lawton, JJ.